1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
8
9   UNITED STATES OF AMERICA,          )   Case No.: CR S 03-064 WBS
                                       )
10                                     )
             Plaintiff,                )   ORDER
11                                     )
    vs.                                )
12                                     )
                                       )
13  JOSEFINA M. BANAGA, et al,         )
                                       )
14                                     )
             Defendants.               )
15  _____    )
16
17       IT IS HEREBY ORDERED that, upon good cause shown, and as requested by the parties,
18  Plaintiff United States of America and Defendant Josefina Banaga, the sentencing the above
19  captioned matter be scheduled to commence on August 3, 2005, at 9:00 a.m.
20       IT IS SO ORDERED.
21  Dated: July 11, 2005
22
23                                      _____
24                                      WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE
25
26
27
28

Banaga                                  1