1  WILLOUGHBY & ASSOCIATES
   W. ANTHONY WILLOUGHBY, ESQ.
2  EDWARD S. HUBBARD, JR., ESQ.
   200 Corporate Pointe, Suite 495
3  Culver City, CA 90230
   (310) 642-0600 Telephone
4  (310) 642-4710 Facsimile

5  Attorneys for Defendant,
   JOSEFINA MANGOBA BANAGA
6

7
                    UNITED STATES DISTRICT COURT
8
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )  Case No.: CR 03-0064-02
11                                  )
                                    )
12      Plaintiff,                  )  **STIPULATION TO CONTINUE
                                    )  SENTENCING; [PROPOSED]**
13 vs.                              )  **ORDER**
                                    )
14                                  )
                                    )
15 JOSEFINA MANGOBA BANAGA, et      )
   al,                              )
16                                  )
                                    )
17      Defendant.                  )
   _____
18
        Plaintiff United States of America, by and through its counsel of record Daniel
19
   Linhardt, and Defendant JOSEFINA MANGOBA BANAGA ("BANAGA"),by and
20
   through her counsel of record, W. Anthony Willoughby, Esq., hereby agree and
21
   stipulate and request that the court find as follows:
22
        1.   The sentencing in this matter is presently scheduled to proceed on
23
   November 30, 2005 at 9:00 a.m. before the Honorable William H. Shubb;
24
   ///
25
   ///
26
   ///
27

28


Banaga/                             1                                    **STIPULATION
                        TO CONTINUE SENTENCING**

1    2.    Counsel for Defendant BANAGA is presently engaged in a federal drug trafficking trial before the federal court in Miami, Florida, in the matter of *United States of America v. Will Robinson, et al.*, USDC Case No. 05-2042-CR-SEITZ;

3.    Due to a number of juror problems in the *Robinson* case, the trial in that matter has been caused to be delayed and therefore is now expected to exceed all prior trial completion estimates, which had the case previously estimated to terminate prior to November 30, 2005, and in time to proceed with the sentencing in the *Banaga* matter;

4.    Specifically, in the *Robinson* case, the following juror problems have caused the case to be unduly suspended and delayed: (1) One juror, Ms. Ramirez, had to be removed from the jury due to the sudden heart attack; (2) Another juror, Ms. Gutierrez, was diagnosed with cancer and had to be removed after a short delay; and (3) a third juror, Ms. Rowe, had to return to her temp job due to the fact that her husband lost his job;

5.    Due to the unanticipated trial delays in the *Robinson* case, counsel for Defendant Banaga requires a two week continuance to allow him time to complete the *Robinson* case, and return from Miami, Florida;

///
///
///

6. Therefore, in light of the unavailability of counsel for Defendant Banaga due to his current trial engagement, the parties jointly request a brief continuance of the Sentencing in the instant matter from its presently scheduled date of November 30, 2005, to December 14, 2005, or to some other date more convenient to the Court.

IT IS SO STIPULATED.

DATED: November 23, 2005    WILLOUGHBY & ASSOCIATES

By: /S/W. ANTHONY WILLOUGHBY
W. ANTHONY WILLOUGHBY, ESQ.
Attorneys For Defendant,
JOSEFINA MANGOBA BANAGA

DATED: November 23, 2005    OFFICE OF THE UNITED STATES ATTORNEY

By: /S/ DANIEL LINHARDT
DANIEL LINHARDT
Assistant U.S. Attorney
Attorneys for Plaintiff,
United States of America

## **ORDER**

Based upon the stipulation between the parties, and for good cause shown, IT IS HEREBY ORDERED that sentencing for Defendant JOSEFINA MANGOBA BANAGA shall be, and is hereby, continued to Wednesday, December 14, 2005, at 9:00 a.m.

DATED: November 29, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE