CHARLES M. BONNEAU (State Bar No. 056583)
331 J St. Suite 200
Sacramento, CA  95814
(916) 444-8828
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>v.  <br>JOSEFINA BANAGA,  <br>  Defendant. | No. 2:03 CR 0064 WBS  <br><br>**ORDER EXONERATING BAIL AND REMOVING LIEN** |

GOOD CAUSE APPEARING, the defendant having been sentenced to federal prison, bail in this matter is ordered exonerated.  The clerk is directed to remove the lien on defendant's home at 16 Whispering Willow Court, Azusa, CA  91702, and to return cash bail heretofore posted to secure the defendant's appearance.

Date:  March 3, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

PDF created with pdfFactory trial version www.pdffactory.com