**FILED**
October 26, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR S-03-64-WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| JOSEFINA MANGOBA BANAGA, ) | |
| ) | |
| ) | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Josefina Mangoba Banaga** Case CR S-03-64-WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　\_　　Release on Personal Recognizance

　　\_　　Bail Posted in the Sum of _____

　　\_　　Unsecured bond

　　\_　　Appearance Bond with 10% Deposit

　　X　　Appearance Bond secured by Real Property

　　\_　　Corporate Surety Bail Bond

　　\_　　(Other) PTS conditions/supervision

Issued at Sacramento, CA on 10/26/06 at 3:25 pm.

By _____
William B. Shubb,
United States District Judge