UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

 v.

JOSEFINA BANAGA,

        Defendant.

NO. CR-S-03-0064 WBS

ORDER

----oo0oo----

Defendant, JOSEFINA BANAGA, has filed a petition for relief pursuant to 28 U.S.C. § 2255.  The United States Attorney shall file a response to the Motion on or before October 17, 2007.  Defendant shall file her reply, if any, on or before October 31, 2007.  The court will hear oral argument on the motion on November 13, 2007 at 8:30 a.m. in Courtroom No. 5.

IT IS SO ORDERED.

DATED: September 14, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE