1  CHARLES M. BONNEAU (State Bar No. 056583)
   331 J St. Suite 200
2  Sacramento, CA  95814
   (916) 444-8828
3  Attorney for Defendant
4
5
6
7
8
9            IN THE UNITED STATES DISTRICT COURT
10
              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13
14
15  UNITED STATES OF AMERICA,         |
                                      | No. 2:03 CR 0064 WBS
16         Plaintiff,                 |
17  v.                                | **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶]**
                                      | **ORDER MODIFYING**
18  JOSEFINA BANAGA,                  | **BAIL CONDITION**
19                                    |
           Defendant.                 |
20                                    |
21  ─────────────────────────────────
22         IT IS HEREBY STIPULATED by and between Assistant United States Attorney
23  HEIKO P. COPPOLA, Counsel for Plaintiff, and CHARLES M. BONNEAU, Counsel
24  for Defendant, that the conditions of supervision by the Pretrial Services Office be modi-
25
26  fied to eliminate the condition that defendant JOSEFINA BANAGA be subject to elec-
27  tronic monitoring.  (Reference: Additional Conditions of Release, page 2, first par.)
28

The Court is advised that Pretrial Services Officer Steven Sheehan has been consulted and agrees that this modification is appropriate.

**IT IS SO STIPULATED.**

Date: February 14, 2008

/s/ Charles M. Bonneau
CHARLES M. BONNEAU
Attorney for Defendant

Date: February 14, 2008

/s/ Heiko P. Coppola
HEIKO P. COPPOLA, Asst. U.S. Attorney
Attorney for Plaintiff

**IT IS SO ORDERED.**

By the Court,

Date:   February 29, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2