CHARLES M. BONNEAU (State Bar No. 056583)
331 J St. Suite 200
Sacramento, CA  95814
(916) 444-8828
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 2:03 CR 0064 WBS |
| v. | **ORDER** |
| JOSEFINA BANAGA, | |
| Defendant. | |

GOOD CAUSE APPEARING, counsel for defendant is authorized to subpoena attorney W. Jackson Willoughby for attendance in this Court on March 23, 2009, at 2:00 p.m.  The clerk's office is ordered to issue the necessary subpoena.

Date: March 2, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1