CHARLES M. BONNEAU (State Bar No. 056583)
331 J St. Suite 200
Sacramento, CA 95814
(916) 444-8828
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEFINA BANAGA,

    Defendant.

No. 2:03 CR 0064 WBS

**ORDER [AMENDED]**

GOOD CAUSE APPEARING, counsel for defendant is authorized to subpoena attorney **W. Anthony Willoughby** for attendance in this Court on March 23, 2009, at 2:00 p.m. The clerk's office is ordered to issue an amended subpoena.

Date: March 4, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1