

**FILED**

MAY - 7 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

## INTEROFFICE MEMORANDUM

**TO:** Karen Kirksey Smith, Courtroom Clerk
of the Honorable William B. Shubb

**FROM:** George A. Vidales
Senior United States Probation Officer

**DATE:** May 7, 2009

**SUBJECT:** Josefina M. Banaga
Docket Number: 2:03CR00064-02
**JUDGMENT AND SENTENCING CONTINUANCE**

The above matter is scheduled for judgment and sentencing on June 1, 2009. Based on the counsel's present unavailability for the interview of the defendant, and this officer's scheduled unavailability, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing date: | 08/10/2009 at 8:30 AM |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 08/03/2009 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 07/27/2009 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 07/20/2009 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 07/06/2009 |

**Reviewed by:** _/s/ Karen A. Meusling_
**KAREN A. MEUSLING**
**Supervising United States Probation Officer**

GAV:rcb
cc: Heiko Coppola, Assistant United States Attorney
Charles Bonneau, Jr., Defense Counsel

Rev. 05/2006
CONTINUANCE ~ TO CT CLERK (SCHED).MRG