CHARLES M. BONNEAU (State Bar No. 056583)
331 J St. Suite 200
Sacramento, CA  95814
(916) 444-8828
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:03 CR 0064 WBS |
| Plaintiff, | |
| v. | **ORDER EXONERATING BAIL AND REMOVING LIEN** |
| JOSEFINA BANAGA, | |
| Defendant. | |

GOOD CAUSE APPEARING, the defendant having been sentenced to federal prison, bail in this matter is ordered exonerated.  The clerk is directed to remove the lien on defendant's home at 16 Whispering Willow Court, Azusa, CA  91702, and to return cash bail heretofore posted to secure the defendant's appearance.

Date:  October 29, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1